**Ian Barras**
___

| | |
|---|---|
| **From:** | Eric Person <eric@eoplaw.net> |
| **Sent:** | Friday, June 28, 2019 5:14 PM |
| **To:** | Ian Barras |
| **Subject:** | RE: GNO Real Estate Holdings, LLC vs. Uptown NOLA Living Realty, LLC No. 19-1849 - confirmation re filing of amended complaint |

Ian – Please accept this e-mail as confirmation that my client does not object to your filing of an amended complaint.
*Eric*

# **ERIC OLIVER PERSON**, *Attorney-at-Law*

1539 Jackson Avenue, Suite 100
New Orleans, Louisiana 70130
(504) 561-8612 or 1-800-850-8890 (Office)
(504) 561-8615 (Fax)
(504) 782-7401 (Cell)

**CONFIDENTIALITY NOTICE:** This electronic message and all attachments contain information from Eric Oliver Person, Attorney-at-Law, that is legally priviledged and confidential.  It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by telephone @ (504) 561-8612 and return the original message via e-mail.  Please also delete this message and all attachments from your e-mail.  Thank you.

**From:** Ian Barras <ibarras@iplawconsulting.com>
**Sent:** Friday, June 28, 2019 1:14 PM
**To:** Eric Person <eric@eoplaw.net>
**Cc:** Greg Latham <glatham@iplawconsulting.com>
**Subject:** RE: GNO Real Estate Holdings, LLC vs. Uptown NOLA Living Realty, LLC No. 19-1849 - confirmation re filing of amended complaint

Hi Eric,

Just following up on my email below. Could you please respond confirming your client's consent to the filing?

Thanks,

IAN C. BARRAS | REGISTERED PATENT ATTORNEY
Intellectual Property Consulting, L.L.C.
334 Carondelet Street, Suite B | New Orleans, LA 70130
Main: 504-322-7166 | Direct: 504-229-6176 | Fax: 504-322-7184
www.iplawconsulting.com

**From:** Ian Barras
**Sent:** Thursday, June 27, 2019 6:14 PM
**To:** Eric Person <eric@eoplaw.net>
**Cc:** Greg Latham <glatham@iplawconsulting.com>

1

Motion for Leave - Exhibit A

**Subject:** GNO Real Estate Holdings, LLC vs. Uptown NOLA Living Realty, LLC No. 19-1849 - confirmation re filing of amended complaint

Eric,

Confirming our call this afternoon, you indicated that your client does not object to our client filing an amended complaint. As FRCP 15(a)(2) requires that your client's consent be provided in writing, please respond confirming same.

Regards,

IAN C. BARRAS | REGISTERED PATENT ATTORNEY
ibarras@iplawconsulting.com
Intellectual Property Consulting, L.L.C.
334 Carondelet Street, Suite B | New Orleans, LA 70130
Main: 504-322-7166 | Direct: 504-229-6176 | Fax: 504-322-7184
www.iplawconsulting.com

