# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GNO REAL ESTATE HOLDINGS, LLC**<br>**d/b/a NOLA LIVING REALTY**<br>**Plaintiff**<br><br>**v.**<br><br>**UPTOWN NOLA LIVING REALTY, LLC**<br>**and**<br>**MOHAMAD SALEH,**<br>**Defendants.** | **CASE ACTION NO.: 2:19-CV-01849**<br><br>**SECTION "G"**<br>**JUDGE: VITTER**<br><br>**DIVISION "5"**<br>**MAGISTRATE JUDGE: NORTH** |

## DECLARATION OF CELSO ERIC HERNANDEZ IN SUPPORT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

I, Celso Eric Hernandez, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Celso Eric Hernandez. I am the founder and sole member of GNO Real Estate Holdings, LLC ("GNO"). I make this declaration in support of GNO's Motion for Partial Summary Judgment (the "Motion") based upon my personal knowledge and knowledge gained through my review of GNO's records.

2. GNO, doing business as NOLA Living Realty, provides real estate marketing and sales services across the greater New Orleans metropolitan area using the trademarks "NOLA LIVING REALTY" and "NOLA REALTY" (the "NOLA LIVING REALTY MARKS").

3. GNO owns a United States Trademark Registration for the word mark NOLA REALTY (U.S. Reg. No. 4,090,784) for "real estate brokerage." Attached hereto as **Exhibit A** is a true and correct copy of the Certificate of Registration. Attached hereto as **Exhibit B** is a true and correct copy of the Assignment filed with the USPTO, which assigns to GNO all right, title and interest to the NOLA REALTY mark, including all goodwill associated therewith.

4.     The NOLA REALTY trademark has been used continuously since 2004 and is now incontestable pursuant to Sections 8 and 15 of the Lanham Act. Attached hereto as **Exhibit C** are true and correct copies of the declarations filed with the USPTO pursuant to Sections 8 and 15 of the Lanham Act. Attached hereto as **Exhibit D** are true and correct copies of representative examples of GNO's use of the NOLA REALTY mark in connection with its real estate sales and marketing services.

5.     GNO owns a Louisiana Service Mark Registration for the mark NOLA REALTY (Book # 62-2685). A true and correct copy of the Louisiana Secretary of State Certificate reflecting the assignment of this Louisiana registration to GNO is attached hereto as **Exhibit E**.

6.     GNO also owns the unregistered trademark NOLA LIVING REALTY, which GNO has used continuously in connection with its real estate sales and marketing services since as early as December of 2014. Attached hereto as **Exhibit F** are true and correct copies of representative examples of GNO's use of the NOLA LIVING REALTY mark in connection with its real estate sales and marketing services.

7.     GNO uses the NOLA LIVING REALTY MARKS to advertise and market its real estate sales and marketing services across a wide variety of media, including its own website, social media, yard signs, and websites that aggregate real estate listings provided by numerous brokerages. *See, e.g.,* **Exhibits D and F**.

8.     GNO markets its services to buyers and sellers of residential real estate in New Orleans using its NOLA LIVING REALTY MARKS. *See, e.g.,* **Exhibits D and F**.

9.     GNO has devoted substantial time, money and labor to the development, enhancement, expansion, advertisement, promotion and marketing of GNO's services and product lines in connection with NOLA LIVING REALTY MARKS.

10.     Since 2015, the NOLA LIVING REALTY MARKS have been used in connection with the sale of hundreds of millions of dollars in real estate increasing GNO's market share by more than four hundred fifty percent (450%).

Executed: September 20, 2019          Declarant,

_____
Celso Eric Hernandez



# United States of America
## United States Patent and Trademark Office

# NOLA REALTY

**Reg. No. 4,090,784**

**Registered Jan. 24, 2012**

JASON LAPENE (UNITED STATES INDIVIDUAL)
2320 WINTHROPE WAY DR.
ALPHARETTA, GA 30009

**Int. Cl.: 36**

FOR: REAL ESTATE BROKERAGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 11-1-2004; IN COMMERCE 11-1-2004.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REALTY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-350,010, FILED 6-19-2011.

KIM MONINGHOFF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Hernandez Decl. - EXHIBIT A

```
┌─────────────────────────────────────────────────────────────────┐
│            REQUIREMENTS TO MAINTAIN YOUR FEDERAL                   │
│                 TRADEMARK REGISTRATION                             │
│                                                                   │
│  WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE│
│       DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.          │
└─────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌─────────────────────────────────────────────────────────────────┐
│  The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or│
│             reminder of these filing requirements.                │
└─────────────────────────────────────────────────────────────────┘
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Hernandez Decl. - EXHIBIT A

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    ETAS ID: TM523876
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Jason Lapene | | 05/15/2019 | INDIVIDUAL: UNITED STATES |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | GNO Real Estate Holdings, LLC |
| Also Known As: | |
| Street Address: | 3841 Veterans Blvd. |
| Internal Address: | Suite 201 |
| City: | Metairie |
| State/Country: | LOUISIANA |
| Postal Code: | 70002 |
| Entity Type: | Limited Liability Company: LOUISIANA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4090784 | NOLA REALTY |

## CORRESPONDENCE DATA

**Fax Number:**        5043227184

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

| | |
|---|---|
| **Phone:** | 5043227166 |
| **Email:** | ibarras@iplawconsulting.com |
| **Correspondent Name:** | Ian C. Barras |
| **Address Line 1:** | 334 Carondelet St. |
| **Address Line 2:** | Suite B |
| **Address Line 4:** | New Orleans, LOUISIANA 70130 |

| NAME OF SUBMITTER: | Ian C. Barras |
|---|---|
| SIGNATURE: | /Ian C. Barras/ |
| DATE SIGNED: | 05/16/2019 |

**Total Attachments: 2**
source=APA - Fully Executed and initialed Exhibits C - Assignment#page1.tif
source=APA - Fully Executed and initialed Exhibits C - Assignment#page2.tif

OP $40.00 4090784

## EXHIBIT C

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT
### (Recordable)

This Recordable Intellectual Property Assignment Agreement ("Agreement") is dated and effective as of the 15th day of May, 2019, by and between Jason Lapene ("Mr. Lapene") and NOLA Realty, L.L.C., a Louisiana limited liability company (Mr. Lapene and NOLA Realty, L.L.C. collectively, the "**Assignor**"), and GNO Real Estate Holdings, L.L.C. a Louisiana limited liability company ("**Assignee**").

For good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties to this Agreement, intending to be legally bound, agree as follows:

**1. Assignment.** Assignor hereby irrevocably conveys, transfers, and assigns to Assignee, and Assignee hereby accepts, all of Assignor's right, title, and interest in and to the following:

    **(a)** The trademarks, service marks, names, tradenames, logos, slogans, design rights, and other similar designations of source or origin pertaining to NOLA REALTY, together with the goodwill symbolized by any of the foregoing (the "Assigned Trademark");

    **(b)** U.S. Registration No. 4,090,784 for the NOLA REALTY service mark;

    **(c)** Louisiana Service Mark Reg. Book # 62-2685 for the NOLA REALTY service mark; and

    **(c)** All rights of any kind whatsoever of Assignor accruing under the Assigned Trademark under the applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world, including any and all rights to sue and collect damages, royalties, or payments for past, present, and future infringement, misappropriation, or other violation of the Assigned Trademark.

**2. Recordation.** The parties authorize the Commissioner for Trademarks and any other similar authority anywhere in the world to record and register this Agreement upon request of either party.

**3. Successors and Assigns.** This Agreement shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the day and year first written above.

*[Signature Page Follows]*

C-1

TRADEMARK
REEL: 006647 FRAME: 0088

ASSIGNOR:     **NOLA Realty, L.L.C.**

By:
Name:         Jason Lapene
Title:        Member, Duly Authorized

ASSIGNOR:     **Jason Lapene**

By:
Name:         Jason Lapene

ASSIGNEE:     **GNO Real Estate Holdings, L.L.C.**

By:
Name:         Celso Hernandez
Title:        Its Sole Member

C-2

Hernandez Decl. - EXHIBIT B

TRADEMARK
REEL: 006647 FRAME: 0089

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB.No. 0651-0055 (Exp 07/31/2018)

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4090784 |
| **REGISTRATION DATE** | 01/24/2012 |
| **SERIAL NUMBER** | 85350010 |
| **MARK SECTION** | |
| MARK | NOLA REALTY (see, https://tmng-al.uspto.gov/resting2/api/img/85350010/large) |
| **ATTORNEY SECTION (current)** | |
| NAME | Wendy Peterson |
| FIRM NAME | Not Just Patents |
| STREET | PO Box 18716 |
| CITY | Minneapolis |
| STATE | Minnesota |
| POSTAL CODE | 55418 |
| COUNTRY | United States |
| PHONE | 651-500-7590 |
| EMAIL | wsp@NJPLS.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | Wendy Peterson |
| FIRM NAME | Not Just Patents |
| STREET | PO Box 18716 |
| CITY | Minneapolis |
| STATE | Minnesota |
| POSTAL CODE | 55418 |
| COUNTRY | United States |
| PHONE | 651-500-7590 |
| EMAIL | wsp@NJPLS.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |

Hernandez Decl. - EXHIBIT C

| | |
|---|---|
| **NAME** | Wendy Peterson |
| **FIRM NAME** | Not Just Patents |
| **STREET** | PO Box 18716 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **POSTAL CODE** | 55418 |
| **COUNTRY** | United States |
| **PHONE** | 651-500-7590 |
| **EMAIL** | wsp@NJPLS.com; wspnjpls@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |
| **GOODS OR SERVICES** | Real estate brokerage |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-6512818919-20180315123510732382_._NOLA_REALTY_specimen_of_use_for_Section_8.pdf |
| **CONVERTED PDF FILE(S) (9 pages)** | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\853\500\85350010\xml3\S080010.JPG |
| **SPECIMEN DESCRIPTION** | home page of website advertising real estate services |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | Jason Lapene |
| **STREET** | 2320 Winthrope Way Dr. |
| **CITY** | Alpharetta |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30009 |
| **COUNTRY** | United States |
| **PHONE** | (504) 602-9498 |
| **FAX** | 404-888-0452 |

Hernandez Decl. - EXHIBIT C

| EMAIL | jason@nolarealtyllc.com |
|---|---|
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | Jason Lapene |
| **STREET** | PO Box 28145 |
| **CITY** | Atlanta |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30358 |
| **COUNTRY** | United States |
| **PHONE** | |
| **FAX** | |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **FILING § 8 AFFIDAVIT PER CLASS** | 125 |
| **ADDITIONAL FEE FOR FILING §8 AFFIDAVIT DURING GRACE PERIOD FEE PER CLASS** | 100 |
| **TOTAL FEE PAID** | 225 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Wendy Peterson/ |
| **SIGNATORY'S NAME** | Wendy Peterson |
| **SIGNATORY'S POSITION** | Attorney of record, Minnesota and Michigan bar member |
| **DATE SIGNED** | 03/15/2018 |
| **SIGNATORY'S PHONE NUMBER** | 6515007590 |
| **PAYMENT METHOD** | CC |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Thu Mar 15 12:45:52 EDT 2018 |
| **TEAS STAMP** | USPTO/SECT08-XX.XXX.XXX.X X-20180315124552146269-40 90784-510860eeccaf836ed34 640c2abb953f876cb3b36b6c0 6bbda9320b0b3e16269-CC-12 605-20180315123510732382 |

Hernandez Decl. - EXHIBIT C

Hernandez Decl. - EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

### Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4090784
**REGISTRATION DATE:** 01/24/2012

**MARK:** NOLA REALTY

The owner, Jason Lapene, a citizen of United States, having an address of
    PO Box 28145
    Atlanta, Georgia 30358
    United States
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 036, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Real estate brokerage ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) home page of website advertising real estate services.

**Original PDF file:**
SPN0-6512818919-20180315123510732382_._NOLA_REALTY_specimen_of_use_for_Section_8.pdf
**Converted PDF file(s)** (9 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
The registrant's current Correspondence Information: Wendy Peterson of Not Just Patents
    PO Box 18716
    Minneapolis, Minnesota 55418
    United States
The phone number is 651-500-7590.
The email address is wsp@NJPLS.com. (authorized)

The registrant's proposed Correspondence Information: Wendy Peterson of Not Just Patents
    PO Box 18716
    Minneapolis, Minnesota 55418
    United States
The phone number is 651-500-7590.
The email address is wsp@NJPLS.com; wspnjpls@gmail.com. (authorized)

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

    ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

# Hernandez Decl. - EXHIBIT C

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Wendy Peterson/    Date: 03/15/2018
Signatory's Name: Wendy Peterson
Signatory's Position: Attorney of record, Minnesota and Michigan bar member
Signatory's Phone: 6515007590

Mailing Address:
  Not Just Patents
  PO Box 18716
  Minneapolis, Minnesota 55418

Serial Number: 85350010
Internet Transmission Date: Thu Mar 15 12:45:52 EDT 2018
TEAS Stamp: USPTO/SECT08-XX.XXX.XXX.XX-2018031512455
2146269-4090784-510860eeccaf836ed34640c2
abb953f876cb3b36b6c06bbda9320b0b3e16269-
CC-12605-20180315123510732382

Hernandez Decl. - EXHIBIT C



NOLA REALTY, LLC

Call 504-419-8161

CONNECT



# Search New Orleans Homes & Condos For Sale

| City, Neighborhood, Address, | PRICE ⌄ | TYPE ⌄ | BEDS / ... | SEARCH |

ADVANCED SEARCH

## Featured Communities

VIEW ALL COMMUNITIES

Hernandez Decl. - EXHIBIT C

 **FRENCH QUARTER**  **BYWATER**  **AUDUBON**  **GARDEN DISTRICT**

# New Orleans is more then just a home; It's a part of you

New Orleans is a diamond and each community within the city and surrounding environs is a facet of the whole jewel. Nola Realty specializes in the New Orleans real estate market, which offers an eclectic selection of historic neighborhoods and architecture. Locally owned and operated, Nola Realty can help find the perfect space for you to live in one of the most unique cities in the world. our expertise in traditional real estate methods and cutting edge technology will help you to attain your real estate goals.

  **MAP** **SAVE THIS SEARCH**

Sort listings by: **PRICE, HIGHEST FIRST**







**1324 Oriole St, New Orleans, Louisiana - $1,475,000**

**6872 Canal Bl, NEW ORLEANS,**

**302 Delery St, New Orleans, Louisiana - $575,000**

Hernandez Decl. - EXHIBIT C

*Residential*

**3** | **3** | **4,500**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

## Louisiana – $649,000

*Residential*

**5** | **4** | **3,898**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

*Commercial*

**3,065**
SQFT

**VIEW DETAILS**

📷 *More Photos*

  

### 302 Delery St, New Orleans, Louisiana – $575,000

*Residential*

**4** | **4** | **3,065**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

### 153 Millaudon St, NEW ORLEANS, Louisiana – $543,999

*Residential*

**2** | **3** | **1,990**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

### 709 N Salcedo St, New Orleans, Louisiana – $397,900

*Residential*

**3** | **3** | **1,812**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

Hernandez Decl. - EXHIBIT C







## 2739 Iberville St, New Orleans, Louisiana - $377,500

*Residential*

**4** | **3** | **2,200**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

## 128 Athania Pk, Metairie, Louisiana - $344,000

*Residential*

**4** | **2** | **2,281**
BEDS BATHS SQFT

**VIEW DETAILS**

📷 *More Photos*

## 611 Woodward Av, Harahan, Louisiana - $335,000

*Vacant Land*

**21.6K**
SQFT

**VIEW DETAILS**

📷 *More Photos*







## 1917 Karl St, Arabi, Louisiana -

## 2753 St Ann St, NEW ORLEANS,

## 28 Traminer Dr, Kenner, Louisiana - $271,900

Hernandez Decl. - EXHIBIT C



$325,000

*Residential*

3 | 3 | 1,754
BEDS BATHS SQFT

**VIEW DETAILS**

More Photos

Louisiana - $279,000

*Residential*

3 | 2 | 1,400
BEDS BATHS SQFT

**VIEW DETAILS**

More Photos

*Residential*

4 | 2 | 2,207
BEDS BATHS SQFT

**VIEW DETAILS**

More Photos

1 2 3 4 »

Hernandez Decl. - EXHIBIT C

# We are Nola Realty

THE TRUSTED WAY TO BUY AND SELL
IN NEW ORLEANS



At NOLA Realty, we take pride in separating ourselves from the pack. From our communication skills to our award winning sales techniques, we are consistently redefining the way real estate is bought and sold in New Orleans. Locally owned and operated, trust us to help find your dream home.

*Nola Realty*

**MORE ABOUT US**

# Need help with your home search?

WE HAVE AN AGENT ON CALL TO HELP YOU

**CONNECT WITH AN AGENT**

Hernandez Decl. - EXHIBIT C



Hernandez Decl. - EXHIBIT C

MLS LISTINGS ON THE GO!

# At NOLA Realty, we want you to always have listings with you



Want to search homes for sale on your mobile device or iPad? No problem! We want our clients to stay connected, so we designed this website to be mobile friendly across all phones and tablets.

**SEARCH NOLA HOMES**

 



Hernandez Decl. - EXHIBIT C

# NOLA Realty, LLC

FOLLOW US ON SOCIAL MEDIA

---

CONTACT US

Hernandez Decl. - EXHIBIT C

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**    4090784

**Serial Number:**    85350010

**RAM Sale Number:  4090784**

**RAM Accounting Date:  20180315**

**Total Fees:**    $225

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180315 | $125 | 1 | 1 | $125 |
| Grace period for §8 | 7206 | 20180315 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20180315



Hernandez Decl. - EXHIBIT C

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 28, 2018 11:01 PM |
| **To:** | wsp@NJPLS.com |
| **Cc:** | wspnjpls@gmail.com |
| **Subject:** | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 4090784: NOLA REALTY |

**U.S. Serial Number:** 85350010
**U.S. Registration Number:** 4090784
**U.S. Registration Date:** Jan 24, 2012
**Mark:** NOLA REALTY
**Owner:** Jason Lapene

Mar 28, 2018

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to https://tsdr.uspto.gov/#caseNumber=85350010&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/#caseNumber=85350010&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Hernandez Decl. - EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1573 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Declaration of Incontestability of a Mark under Section 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4090784 |
| **REGISTRATION DATE** | 01/24/2012 |
| **SERIAL NUMBER** | 85350010 |
| **MARK SECTION** | |
| **MARK** | NOLA REALTY (see, https://tmng-al.uspto.gov/resting2/api/img/85350010/large) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Wendy Peterson |
| **FIRM NAME** | Not Just Patents |
| **STREET** | PO Box 18716 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **POSTAL CODE** | 55418 |
| **COUNTRY** | United States |
| **PHONE** | 651-500-7590 |
| **EMAIL** | wsp@NJPLS.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Ian C. Barras |
| **FIRM NAME** | Intellectual Property Consulting, LLC |
| **INTERNAL ADDRESS** | Suite B |
| **STREET** | 334 Carondelet Street |
| **CITY** | New Orleans |
| **STATE** | Louisiana |
| **POSTAL CODE** | 70130 |
| **COUNTRY** | United States |
| **PHONE** | 504-322-7166 |
| **FAX** | 504-322-7184 |
| **EMAIL** | ibarras@iplawconsulting.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Kent Barnett |

Hernandez Decl. - EXHIBIT C

## CORRESPONDENCE SECTION (current)

| | |
|---|---|
| **NAME** | Wendy Peterson |
| **FIRM NAME** | Not Just Patents |
| **STREET** | PO Box 18716 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **POSTAL CODE** | 55418 |
| **COUNTRY** | United States |
| **PHONE** | 651-500-7590 |
| **EMAIL** | wsp@NJPLS.com; wspnjpls@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## CORRESPONDENCE SECTION (proposed)

| | |
|---|---|
| **NAME** | Ian C. Barras |
| **FIRM NAME** | Intellectual Property Consulting, LLC |
| **INTERNAL ADDRESS** | Suite B |
| **STREET** | 334 Carondelet Street |
| **CITY** | New Orleans |
| **STATE** | Louisiana |
| **POSTAL CODE** | 70130 |
| **COUNTRY** | United States |
| **PHONE** | 504-322-7166 |
| **FAX** | 504-322-7184 |
| **EMAIL** | ibarras@iplawconsulting.com; kbarnett@iplawconsulting.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |
| **GOODS OR SERVICES** | Real estate brokerage |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | GNO REAL ESTATE HOLDINGS, LLC |
| **INTERNAL ADDRESS** | 3841 VETERANS BLVD. |
| **STREET** | SUITE 201 |
| **CITY** | METAIRIE |
| **STATE** | Louisiana |
| **ZIP/POSTAL CODE** | 70002 |
| **COUNTRY** | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Louisiana |

Hernandez Decl. - EXHIBIT C

| PAYMENT SECTION | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SECTION 15 AFFIDAVIT FEE PER CLASS** | 200 |
| **TOTAL FEE PAID** | 200 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Ian C. Barras/ |
| **SIGNATORY'S NAME** | Ian C. Barras |
| **SIGNATORY'S POSITION** | Attorney of record, Louisiana Bar Member |
| **DATE SIGNED** | 06/21/2019 |
| **SIGNATORY'S PHONE NUMBER** | 504-322-7166 |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Jun 21 15:18:28 EDT 2019 |
| **TEAS STAMP** | USPTO/SECT15-XX.XXX.XXX.X XX-20190621151828330360-4 090784-620c042adb467b15ae 9c367dc5107958a298366f773 ab585d8fae2793da15092-CC- 1749-20190621143512417776 |

Hernandez Decl. - EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1573 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Declaration of Incontestability of a Mark under Section 15

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4090784
**REGISTRATION DATE:** 01/24/2012

**MARK:** NOLA REALTY

The owner, GNO REAL ESTATE HOLDINGS, LLC, a limited liability company legally organized under the laws of Louisiana, having an address of

 3841 VETERANS BLVD.
 SUITE 201
 METAIRIE, Louisiana 70002
 United States

is filing a Declaration of Incontestability of its mark under Section 15.

For International Class 036, the owner, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class:Real estate brokerageAlso, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

The registrant's current Attorney Information: Wendy Peterson of  Not Just Patents

 PO Box 18716
 Minneapolis, Minnesota 55418
 United States

The phone number is 651-500-7590.
The email address is wsp@NJPLS.com. (authorized)

The registrant's proposed Attorney Information: Ian C. Barras of  Intellectual Property Consulting, LLC

 Suite B
 334 Carondelet Street
 New Orleans, Louisiana 70130
 United States The Other Appointed Attorney(s): Kent Barnett.

The phone number is 504-322-7166.
The fax number is 504-322-7184.
The email address is ibarras@iplawconsulting.com. (authorized)

The registrant's current Correspondence Information: Wendy Peterson of  Not Just Patents

 PO Box 18716
 Minneapolis, Minnesota 55418
 United States

The phone number is 651-500-7590.
The email address is wsp@NJPLS.com; wspnjpls@gmail.com. (authorized)

The registrant's proposed Correspondence Information: Ian C. Barras of  Intellectual Property Consulting, LLC

 Suite B
 334 Carondelet Street
 New Orleans, Louisiana 70130
 United States

The phone number is 504-322-7166.
The fax number is 504-322-7184.
The email address is ibarras@iplawconsulting.com; kbarnett@iplawconsulting.com. (authorized)

A fee payment in the amount of $200 will be submitted with the form, representing payment for 1 class(es).

# Hernandez Decl. - EXHIBIT C

## Declaration

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Ian C. Barras/    Date: 06/21/2019
Signatory's Name: Ian C. Barras
Signatory's Position: Attorney of record, Louisiana Bar Member
Signatory's Phone: 504-322-7166

Mailing Address (current):
  Not Just Patents
  PO Box 18716
  Minneapolis, Minnesota 55418

Mailing Address (proposed):
  Intellectual Property Consulting, LLC
  334 Carondelet Street
  New Orleans, Louisiana 70130

Serial Number: 85350010
Internet Transmission Date: Fri Jun 21 15:18:28 EDT 2019
TEAS Stamp: USPTO/SECT15-XX.XXX.XXX.XXX-201906211518
28330360-4090784-620c042adb467b15ae9c367
dc5107958a298366f773ab585d8fae2793da1509
2-CC-1749-20190621143512417776

Hernandez Decl. - EXHIBIT C

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 4090784

**Serial Number:** 85350010

**RAM Sale Number:** 4090784

**RAM Accounting Date:** 20190624

**Total Fees:** $200

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §15 affidavit | | 20190621 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20190621



Hernandez Decl. - EXHIBIT C

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Wednesday, July 3, 2019 11:00 PM |
| To: | ibarras@iplawconsulting.com |
| Cc: | kbarnett@iplawconsulting.com |
| Subject: | Official USPTO Notice of Acknowledgement Section 15: U.S. Trademark RN 4090784: NOLA REALTY |

**U.S. Registration Number:** 4090784        **U.S. Serial Number:** 85350010
**U.S. Registration Date:** Jan 24, 2012
**Mark:** NOLA REALTY
**U.S. Registration Holder/Owner:** GNO REAL ESTATE HOLDINGS, LLC

Jul 3, 2019

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

#### REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:**

**First Filing Deadline:** You must file a declaration of use (or excusable nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.

**Second Filing Deadline:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.*  *See* 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.*  *See* 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder/owner of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the declarations of use (or excusable nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the declarations of use (or excusable nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, holders/owners of international registrations do not file renewal applications at the USPTO. Instead, the holder/owner must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see https://www.wipo.int/madrid/en/.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE HOLDER/OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85350010&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch.  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85350010&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

    \*  **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

## Hernandez Decl. - EXHIBIT C



Above: Screen capture of top of website at http://nolarealty.net showing use of mark.

Hernandez Decl. - EXHIBIT D



Above: Screen capture of bottom of website at [http://nolarealty.net](http://nolarealty.net) showing use of mark and location of main office (note, this is the same address as GNO's main office).

Hernandez Decl. - EXHIBIT D

Below: Image of NOLA REALTY yard signs.



Hernandez Decl. - EXHIBIT D

**R. Kyle Ardoin**
**SECRETARY OF STATE**

05/30/2019



**State of Louisiana**
**Secretary of State**

COMMERCIAL DIVISION
225.925.4704

<u>Administrative Services</u>
225.932.5317 Fax
<u>Corporations</u>
225.932.5314 Fax
<u>Uniform Commercial Code</u>
225.932.5318 Fax

ONLINE FILING
IBARRAS@IPLAWCONSULTING.COM

NOLA REALTY

It has been a pleasure to approve and place on file your Service Mark Assignment. The appropriate evidence is attached for your files.

Payment of the filing fee is acknowledged by this letter.

In addition to email and text notifications, business owners now have the option to enroll in our secured business filings (SBF) service. This service is available online, at no charge, by filing a notarized affidavit. Upon enrollment, an amendment cannot be made to your entity without approval using your personal identification number. This is another way to protect your business from fraud and identity theft.

Please note that as of January 1, 2018, business owners in the following parishes will be required to file all available business documents online through geauxBIZ: Ascension, Bossier, Caddo, Calcasieu, East Baton Rouge, Jefferson, Lafayette, Livingston, Orleans, Ouachita, Rapides, St. Tammany, Tangipahoa and Terrebonne.

Online filing options are available if changes are necessary to your registration or if you need to file an annual report. Please visit our website at **GeauxBiz.com** for your future business needs.

Sincerely,

The Commercial Division
TL

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

Hernandez Decl. - EXHIBIT E



# UNITED STATES OF AMERICA
# State of Louisiana

## R. Kyle Ardoin
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that*

the assignment of the service mark

**NOLA REALTY**

Which assigns the mark to GNO REAL ESTATE HOLDINGS LLC, for class 43, ADVERTISING & BUSINESS,

Was filed and recorded in this Office on May 30, 2019, which recordation is for the remainder of the term of the registration.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

May 30, 2019



*Secretary of State*

TL 62-2685

**Certificate ID:** 11082711#G6D52

To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate,** then follow the instructions displayed.
**www.sos.la.gov**

Hernandez Decl. - EXHIBIT E

R. Kyle Ardoin

**SECRETARY OF STATE**

**State of Louisiana**
**Secretary of State**



**COMMERCIAL DIVISION**
225.925.4704

<u>Administrative Services</u>
225.932.5317 Fax
<u>Corporations</u>
225.932.5314 Fax
<u>Uniform Commercial Code</u>
225.932.5318 Fax

**May 30, 2019**

The attached document of NOLA REALTY was received and filed on May 30, 2019.

TL 62-2685

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

Hernandez Decl. - EXHIBIT E



**R. Kyle Ardoin**
**Secretary of State**

## ASSIGNMENT OF TRADE NAME, TRADEMARK
## OR SERVICE MARK
### (R.S. 51:217)

| | |
|---|---|
| **Enclose $75 filing fee**<br>**Make remittance payable to**<br>**Secretary of State**<br>***Do Not Send Cash*** | **Return to:** Commercial Division<br>P.O. Box 94125<br>Baton Rouge, LA 70804-9125<br>(225) 925-4704<br>www.sos.la.gov |

Name of registrant/assignor: Jason Lapene

Address: P.O. Box 28145, Atlanta, Georgia 30358

Check applicable box(es) of name or mark being assigned:

( ) Trade Name    ( ) Trademark    (X) Service Mark

Class Number(s): 35

Name and/or description of name or mark:

NOLA REALTY

Date of Registration with the secretary of state: 3/22/2010

Name of assignee, and state of incorporation if assignee is a corporation:

GNO Real Estate Holdings, LLC

Address: 3841 Veterans Blvd., Ste. 201, Metairie, LA 70002

Assignor also transfers to Assignee that part of the good will of Assignor's business which is connected with the use of or symbolized by the Trade name, Trademark or Service Mark.

DocuSigned by:

44A212B6AC824FD...

N/a
Assignor and Title

5/30/2019
Date

SS397    Hernandez Decl. - EXHIBIT E    (see instructions on back)



Above: website of GNO d/b/a NOLA Living Realty located at http://nolalivingrealty.com



Above: Signage at Mandeville office of GNO d/b/a NOLA Living Realty.

Hernandez Decl. - EXHIBIT F



Above: An exemplary yard sign displaying the NOLA LIVING REALTY mark.

Following Pages: Print out of GNO's NOLA LIVING REALTY Facebook page.

Hernandez Decl. - EXHIBIT F



NOLA Living Realty

Ian    Home    Create









## NOLA Living Realty
@nolalivingrealty

**Home**

Reviews

Photos

Videos

Posts

Events

About

Community

Create a Page

Like    Follow    Share

Call Now      Send Message

Write a post...

Photo/Video     Tag Friends     Check in

### Recommendations and Reviews

Recommended by 34 people

I own and have owned quite a bit of real estate over the years. As a result I have dealt with a lot... See More
April 24, 2015

I met with Eric to talk about selling my house. When we met he helped review my mortgage statement a... See More
September 17, 2016

Eric is one of the best realtors I've ever met. He's extremely intelligent, straightforward and hon... See More
May 26, 2016

**Do you recommend NOLA Living Realty?**

Yes      No

See All

### Photos

5.0   **5 out of 5** · Based on the opinion of 50 people
ABOUT NOLA LIVING REALTY

### Our Story

NOLA Living Realty is a full-time, professional and top-producing real estate brokerage with a prove...

See More

### Community    See All

**Invite your friends** to like this Page

5,416 people like this

5,408 people follow this

**Christopher Montalbano** and **4 other friends** like this or have checked in

255 check-ins

### About    See All



3841 Veterans Blvd, Ste 201 (7.02 mi)
Metairie, Louisiana 70002
Get Directions

(504) 301-9757

**Send Message**

www.nolaliving.com

Real Estate Service · Real Estate Company

Price Range $

Hours
Always Open

Suggest Edits

Page      Chat (53)



Hernandez Decl. - EXHIBIT F

NOLA Living Realty

 Ian    Home    Create






See All

Page created - February 16, 2014

**Team Members**

 Eric Hernandez

 Jessica Gorman

**NOLA Living Realty**
@nolalivingrealty

Home

Reviews

Photos

Videos

Posts

Events

About

Community

Create a Page

**Videos**

NOLA Living Realty

7    1

Open House Winning Week...                This elegant #Laplace home...

2                                          20    7

See All

**Related Pages**



**The Social Club Barbe...**
Ben Anderson likes this
Barber Shop                          Like

**Team Tony - NOLA Livi...**
Grace Jendrasiak McLean...
Real Estate Service                  Like

**Austin's Seafood & St...**
Elizabeth Brownsberger P...
Seafood Restaurant                   Like

**Pages Liked by This Page**

 **NOLA Giving**              Like

 **Kara Breithaupt, Brok...**   Like

**Tiesha Claborn Real E...**          Like

**Posts**

 **NOLA Living Realty** is in Marrero, Louisiana.
Yesterday at 2:54 PM ·

Come view this newly renovated two-story located in a cul de sac of Audubon Oaks subdivision. This home features granite countertops, newly installed 4-ton gas HVAC system, new gas hot water heater, new stainless steel appliances, and a new alarm system. New luxury vinyl flooring and trim work throughout the home, as well as freshly painted interior and exterior. "X" Flood zone.

Offered at $289,900 by Brittany Marcomb.

#nolaliving #realestate #realtor #forsale #marrero



NOLALIVINGREALTY.COM

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

Chat (53)

Hernandez Decl. - EXHIBIT F

NOLA Living Realty

 Ian    Home    Create



## NOLA Living Realty
**@nolalivingrealty**

**Home**

Reviews

Photos

Videos

Posts

Events

About

Community

[ Create a Page ]

5                                22 Shares

Like              Comment              Share

**NOLA Living Realty** is in Kenner, Louisiana.
Yesterday at 9:37 AM ·

Updated handsome brick ranch in the shade of a stunning, old growth oak. Clean and comfortable with fresh paint, ceramic tile flooring, granite counters and contemporary brick fireplace. Sunny bedrooms with nice-sized closets. You'll love the extra-large fenced backyard and covered patio—just right for entertaining. Parking for four plus gated side yard with room for boat or camper. Just off W. Esplanade, I-10 and Kenner City Park. Great value, don't miss this opportunity!

Offered at $174,500 by Trinity J. Keller

#nolaliving #realestate #realtor #kenner #forsale



NOLALIVINGREALTY.COM
**3225 TULANE Drive Kenner LA - NOLA Living Realty**
Updated handsome brick ranch in the shade of a stunning, old growth…

9

Like              Comment              Share

See All

See More

# Hernandez Decl. - EXHIBIT F

Chat (53)