| | | |
|---|---|---|
| **GNO REAL ESTATE HOLDINGS, LLC NOLA d/b/a NOLA LIVING REALTY,** | * * | **CASE NO.: 2:19-cv-01849** |
| Plaintiff | * * | **SECTION "D"** |
| **VERSUS** | * * | **JUDGE: WENDY VITTER** |
| | * * | **DIVISION: "5"** |
| **UPTOWN NOLA LIVING REALTY, LLC And MOHAMAD SALEH,** | * * | **MAGISTRATE JUDGE:** |
| Defendants | * * | **MICHAEL NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS LIST OF WITNESSES AND EXHIBITS

NOW INTO COURT, through undersigned counsel, comes, Defendants, Uptown NOLA Living Realty, LLC and Mohmad Saleh, to, with respect, submit the following list of witnesses and exhibits in the above captioned matter:

I. Defendants, Uptown NOLA Living Realty, LLC and Mohamad Saleh will call the following persons as witnesses in this matter:

1. Mohamad Saleh, Manager (owner) of Uptown NOLA Living Realty, LLC;

2. Kaitlyn Demoran, local manager and real estate agent with Uptown NOLA Living Realty, LLC; and

3. Nidal Jaber, authorized representative of Mohamad Saleh.

1. Defendants, Uptown NOLA Living Realty, LLC and Mohamad Saleh may call the following persons as witnesses in this matter:

1. Representative of Louisiana Secretary of State;

2. Pamela Hatheway Person, mandate for Mohamad Saleh and person familiar with formation and operation of Uptown NOLA Living Realty, LLC; and

II. Any witness in any capacity called by any other party to these proceedings, or listed in discovery by either Plaintiff or Defendant.

Defendants reserve the right to supplement this witness list upon reasonable notice to all counsel of record.

III. Defendants, Uptown NOLA Living Realty, LLC and Mohamad Saleh, may introduce any and all of the following exhibits at trial on this matter:

1. Englobo organizational documents of Uptown NOLA Living Realty, LLC;
2. Englobo business records of Uptown NOLA Living Realty, LLC;
3. Trademark registration of Uptown NOLA Living Realty, LLC;
4. Documentation as to numerous other entities using "NOLA", "Realty", "Uptown", "Living", or other similar names in the New Orleans area:
5. Englobo record of occasions when Plaintiff and Defendant both had agents involved with a closing wherein no confusion was occasioned to client of either Plaintiff or Defendant;
6. Filings with the Louisiana Real Estate Commission;
7. Englobo correspondence from Plaintiff's attorney other than privileged information; and

8. Any item identified in discovery or produced by any other party to these proceedings.

Defendants reserve the right to supplement this exhibit list following the close of discovery upon reasonable notice to all counsel of record.

RESPECTFULLY SUBMITTED:
/s/ Eric Oliver Person
_____

Eric Oliver Person, LSBA No. 10530
1539 Jackson Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 561-8612
Facsimile: (504) 561-8615
E-mail: eric@eoplaw.net
Attorney for Uptown NOLA Living
Realty, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECM system of the Eastern District of Louisiana which will send notice of electronic filing to counsel of record for all parties in the case.

/s/ ERIC OLIVER PERSON_____
Eric Oliver Person
1539 Jackson Avenue, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 561-8612
Facsimile: (504) 561-8615
E-mail: eric@eoplaw.net
Attorney for Uptown NOLA Living
Realty, LLC

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the above and foregoing pleading has been served upon counsel of record by e-filing and electronic mail this 5th day of December, 2019.

                                            /s/ ERIC OLIVER PERSON